KEELS *v.* CENTRAL RAILROAD COMPANY. Appeal from the Circuit Court of the United States for the District of South Carolina. No. 1207. Argued with No. 1206. MR. JUSTICE BROWN. As the

facts of this case are substantially the same as the one just decided, the decision must be the same.

The decree of the court below will, therefore, be reversed, and the case remanded, with directions to dismiss the bill.

*Mr. Samuel Lord,* (with whom were, on the brief, *Mr. D. A. Townsend,* Attorney General of the State of South Carolina, and *Mr. Ira B. Jones,*) for appellants.

*Mr. Henry A. M. Smith,* (with whom was *Mr. J. T. Barron* on the brief,) for appellee.